UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ANDREA THOMAS,  CIVIL ACTION NO.
  2:17-cv-02001-MMD-CWH

        Plaintiff,

  -against-

SMITH-PALLUCK ASSOCIATES
CORP. d/b/a LAS VEGAS ATHLETIC CLUBS,


        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**<u>DEFENDANT'S MOTION TO SEAL A DOCUMENT</u>**

On February 21, 2017, Defendant filed a declaration in support of its Response to Plaintiff's Motion to Amend (Dkt. No. 19). Exhibit A, annexed to the declaration (and listed as Attachment #1 to Dkt. No. 19), was inadvertently filed in an unredacted form through the Court's electronic filing system, leaving unredacted four (4) items of personal data-identifiers otherwise subject to redaction in accordance with Fed. R. Civ. P. 5.2(a)(2) and Local Rule IC 6-1(a)(3) and (5): two instances of the month and day of a date of birth, and two instances of a street address and zip code concerning a home address. Upon being advised of same by Plaintiff's counsel, the undersigned contacted the ECF help desk at the first opportunity to request that it be removed from the docket. The ECF help desk advised the undersigned that they would instead designate Attachment #1 as private, for the Court's eyes only, and instructed counsel to file the instant application to have the document sealed, which is hereby expeditiously filed to address the inadvertent filing.

For these reasons, Defendant respectfully requests that the Court issue an Order to permit the sealing of Attachment #1 to Dkt. 19.

{00129759;1}

Dated: February 22, 2018

KLEIN MOYNIHAN TURCO LLP

/s/ Neil E. Asnen
NEIL E. ASNEN (admitted *pro hac vice*)
450 Seventh Avenue – 40th Floor
New York, NY 10123
(212) 246-0900

And

LEAVITT LAW FIRM
Dennis M. Leavitt, Esq.
229 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 384-3963
*Attorneys for Defendant*

IT IS ORDERED that defendant's motion to seal (ECF No. 21) is GRANTED for the reasons stated in the motion. IT IS FURTHER ORDERED that by 3/1/2018, defendant must file a redacted version of ECF No. 19-1 for the public record.

DATED: February 22, 2018

_____
UNITED STATES MAGISRATE JUDGE

{00129759;1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing electronically on February 22, 2018, with the Clerk of the United States District Court in the CM/ECF system, which will serve a notice of the filing upon all registered participants in that system.

/s/ Neil E. Asnen
Attorney
