# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA THOMAS, | ) |
| Plaintiff, | ) Case No. 2:17-cv-02001-MMD-CWH |
| vs. | ) **ORDER** |
| SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS, | ) |
| Defendant. | ) |

This matter is before the court on defendant's failure to comply with the court's order (ECF No. 22), dated February 22, 2018. In that order, the court required defendant to file a redacted version of ECF No. 19-1 for the public record. Defendant has not done so. Defendant must file the redacted document for the public record by March 29, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: March 8, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**