Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar. No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS<br><br>Defendant. | Case No. 2:17-cv-02001-MMD-CWH<br><br>SUBSTITUTION OF COUNSEL |

Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs hereby consents to the substitution of Joel E. Tasca, Esq., Lindsay C. Demaree, Esq., and Stacy H. Rubin, Esq., of the law firm Ballard Spahr LLP as its counsel in the place and stead of Dennis M. Leavitt, Esq., and Frank A. Leavitt, Esq., of the Leavitt Law Firm and Neil E. Asnen, Esq., of Klein Moynihan Turco LLP, in the above-entitled matter.

Dated this 26 day of March, 2018.

Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs

By: _____

Its: CFO

DMWEST #17523533 v1

Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, Nevada 89135-2958
(702) 471-7000

1 Neil E. Asnen, Esq. (admitted *pro hac vice*) of Klein Moynihan Turco LLP and
2 Dennis M. Leavitt, Esq., and Frank A. Leavitt, Esq., of the Leavitt Law Firm
3 hereby consent to the substitution of Joel E. Tasca, Esq., Lindsay C. Demaree, Esq.,
4 and Stacy H. Rubin, Esq., of the law firm Ballard Spahr LLP, as counsel of record in
5 its place and stead on behalf of Smith-Palluck Associates Corp., d/b/a Las Vegas
6 Athletic Clubs.

Dated this 16 day of March, 2018.

KLEIN MOYNIHAN TURCO LLP

By: _____
Neil E. Asnen (admitted *pro hac vice*)
450 Seventh Avenue
40th Floor
New York, New York 10123

Dated this 15 day of March, 2018.

LEAVITT LAW FIRM

By: _____
Dennis M. Leavitt
Nevada Bar No. 3757
Frank A. Leavitt
Nevada Bar No. 13907
229 Las Vegas Boulevard South
Las Vegas, NV 89101

Joel E. Tasca, Esq., Lindsay C. Demaree, Esq., and Stacy H. Rubin, Esq., of
the law firm Ballard Spahr LLP, hereby accept the substitution as counsel of record
for Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs.

Dated this ___ day of March, 2018.

BALLARD SPAHR LLP

By: /s/ Lindsay C. Demaree
Joel E. Tasca
Nevada Bar No. 14124
Lindsay C. Demaree
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar. No. 9298
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

IT IS SO ORDERED.

DATED: April 3, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

DMWEST #17523533 v1

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, Nevada 89135-2958
(702) 471-7000

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29TH day of March, 2018, and pursuant to Federal Rule of Civil Procedure 5(b), a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL was served by the Court's CM/ECF system on all parties who have appeared in this action.

Matthew Knepper
Miles Clark
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave.
Suite 170-109
Las Vegas, Nevada 89129

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff Andrea Thomas*

/s/ Mary Kay Carlton
An Employee of BALLARD SPAHR LLP

DMWEST #17523533 v1