David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 9385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff
*ANDREA THOMAS*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH-PALLUCK ASSOCIATES CORP.,<br>d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>    Defendant. | Case No. 2:17-cv-02001-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 30 DAYS**<br><br>(Fourth Request) |

Pursuant to LR IA 6-1 and LR 26-4, plaintiff Andrea Thomas ("Plaintiff") and defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") (together, the "Parties"), by and through their respective counsel of record, stipulate to modify the Court's Order, ECF No. 32, to extend all remaining discovery and dispositive motion deadlines in the above-captioned case by approximately 30 days.

The requested extension will allow the Parties to schedule and complete depositions in this action. The Parties have conferred and agree that this brief extension is the most reasonable, most economical, and least burdensome way to complete discovery in this case.

This is the Parties' fourth request for an extension to the scheduling order deadlines. The Parties make this request in good faith and not for purposes of delay.[1]

## I. Discovery Completed and Remaining

The Parties have diligently pursued discovery. The Parties propounded and responded to written discovery requests, and the Parties served initial expert disclosures. Plaintiff has taken the deposition of LVAC's Rule 30(b)(6) designee and three third-party depositions. LVAC scheduled Plaintiff's deposition for July 18, 2018. However, due to illness, Plaintiff was unable to appear for her July 18, 2018 deposition and LVAC's counsel will be unavailable to conduct Plaintiff's deposition until August 2018, which is after the current deadline to serve written discovery. The Parties are in the process of conferring regarding certain pending discovery matters, including additional third-party depositions.

## II. Good Cause Exists for the Requested Extension

Good cause exists for the requested extension. LVAC timely scheduled Plaintiff's deposition for July 18, 2018. However, due to illness, Plaintiff was unable to appear for her July 18, 2018 deposition and LVAC's counsel will be unavailable to conduct Plaintiff's deposition until August 2018. Good cause exists as Plaintiff's illness was unforeseen and LVAC's counsel are fully committed through July and part of August 2018, necessitating an extension of the current deadlines. The extended time for discovery allows the Parties to efficiently re-schedule party depositions and schedule possible third-party depositions, for dates

---

[1] The Parties reserve all rights to seek additional extensions as circumstances may warrant.

and times that minimize burdens upon the witnesses and counsel. For these reasons, the Parties believe their request for an extension should be granted.

[*Continued on the following page.*]

### III. Proposed Discovery Deadlines

The Parties request an order extending the deadlines for disclosure of rebuttal experts, discovery, dispositive motions, and the pre-trial order. This extension is reasonable and necessary given the good cause set forth above.

| Event | Current Deadline[2] | New Deadline |
|---|---|---|
| Disclosure of Rebuttal Experts | July 30, 2018 | August 29, 2018 |
| Close of Discovery | August 27, 2018 | September 26, 2018 |
| Dispositive Motions | September 28, 2018 | October 29, 2018[3] |
| Pre-Trial Order | October 29, 2018 | November 28, 2018 |

**IT IS SO STIPULATED.**

Respectfully submitted this 18th day of July, 2018.

HAINES & KRIEGER, LLC

By: /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave.
Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin, Esq.
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2018

---

[2] *See* ECF No. 32.
[3] Thirty days after September 28, 2018, falls on Sunday, October 28, 2018. The deadline is thus advanced to the next judicial day.