UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREA THOMAS,<br><br>                          Plaintiff,<br>    v.<br><br>SMITH-PALLUCK ASSOCIATES CORP. d\b\a Las Vegas Athletics Clubs,<br><br>                         Defendant. | Case No. 2:17-cv-02001-MMD-CWH<br><br>ORDER |

A motion in this case involves a constitutional challenge to a federal statute, specifically the Telephone Consumer Protection Act. Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General of the United States that the constitutionality of the Telephone Consumer Protection Act has been called into question in this case. Pursuant to Rule 5.1(c), the Attorney General has 60 days from the date of this Order to intervene in this action, if it chooses to do so.

It is therefore ordered that the Clerk of Court will mail a copy of this Order to the Attorney General, via certified mail, return receipt requested, at each of the following addresses:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC, 20530

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC, 20530

DATED THIS 30th day of May 2019.

                                                                                                                                                       _____
                                                                                                                                                        MIRANDA M. DU
                                                                                                                                                        UNITED STATES DISTRICT JUDGE