Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS, <br><br> Defendants. | Case No.: 2:17-cv-02001-MMD-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** <br><br> **[FIRST REQUEST]** |

Plaintiff Andrea Thomas ("Plaintiff"), by and through her counsel of record, and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") have agreed and stipulated to the following:

1. On July 24, 2017, Plaintiffs filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

2. On September 14, 2017, LVAC filed an Answer to the Complaint [ECF Dkt.5].

3. On February 7, 2018, Plaintiff filed a Motion to Amend the Complaint [ECF Dkt. 17] and briefing was completed on February 28, 2018 [ECF Dkt. 23].

4. On July 17, 2018 LVAC filed a Motion to Stay Case [ECF Dkt. 38].

5. On September 6, 2018, the Court granted LVAC's Motion to Stay Case and denied Plaintiff's Motion to Amend Complaint [ECF Dkt. 42].

6. On April 2, 2019, Plaintiff filed a Motion for Leave to file First Amended Complaint [ECF Dkt. 51].

7. On April 12, 2019, the Court denied Plaintiff's Motion to file First Amended Complaint as moot [ECF Dkt. 54].

8. On April 13, 2019, Plaintiff filed a Notice Re-Urging her Motion for Leave to File First Amended Complaint [ECF Dkt. 55].

9. On May 14, 2019, the Court granted Plaintiff's Notice Re-Urging her Motion for Leave to File First Amended Complaint [ECF Dkt. 61].

10. On May 15, 2019, Plaintiff filed a First Amended Complaint [ECF Dkt. 62].

11. On May 29, 2019, LVAC filed a Motion to Dismiss Plaintiff's First Amended Complaint [ECF Dkt. 64].

12. Plaintiff's Response is due June 12, 2019.

13. Plaintiff and LVAC have agreed to extend Plaintiff's response seven days in order to allow Plaintiff's counsel additional time to respond due to a conflict stemming from an out of state court hearing in Alaska at the Ninth Circuit Court of Appeals. As a result, both Plaintiff and LVAC hereby request this Court to further extend the date for Plaintiff to respond to LVAC's

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

Motion to Dismiss Amended Complaint until **June 19, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated June 11, 2019.

| **KNEPPER & CLARK LLC** | **BALLARD SPAHR LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Stacy H. Rubin* |
| Matthew I. Knepper, Esq. | Joel E. Tasca, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 14124 |
| Miles N. Clark, Esq. | Lindsay C. Demaree, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 11949 |
| 5510 So. Fort Apache Rd, Suite 30 | Stacy H. Rubin, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 9298 |
| Email: matthew.knepper@knepperclark.com | 1980 Festival Plaza Drive, Suite 900 |
| Email: miles.clark@knepperclark.com | Las Vegas, NV 89135 |
|  | Email: tasca@ballardspahr.com |
| **HAINES & KRIEGER LLC** | Email: demareel@ballardspahr.com |
| David H. Krieger, Esq. | Email: rubins@ballardspahr.com |
| Nevada Bar No. 9086 |  |
| 8985 S. Eastern Avenue, Suite 350 | *Counsel for Defendant* |
| Henderson, NV 89123 | *Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs* |
| Email: dkrieger@hainesandkrieger.com |  |
| *Counsel for Plaintiff* |  |

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO**
**MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 11, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3