# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS, <br><br> Defendants. | Case No.: 2:17-cv-02001-MMD-CWH <br><br> **ORDER RE:** <br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** <br><br> **[SECOND REQUEST]** |

Plaintiff Andrea Thomas ("Plaintiff"), by and through her counsel of record, and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") have agreed and stipulated to the following:

1. On July 24, 2017, Plaintiffs filed a Complaint [ECF No. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS[SECOND REQUEST] - 1

2. On September 14, 2017, LVAC filed an Answer to the Complaint [ECF No.5].

3. On February 7, 2018, Plaintiff filed a Motion to Amend the Complaint [ECF No. 17] and briefing was completed on February 28, 2018 [ECF No. 23].

4. On July 17, 2018 LVAC filed a Motion to Stay Case [ECF No. 38].

5. On September 6, 2018, the Court granted LVAC's Motion to Stay Case and denied Plaintiff's Motion to Amend Complaint [ECF No. 42].

6. On April 2, 2019, Plaintiff filed a Motion for Leave to file First Amended Complaint [ECF No. 51].

7. On April 12, 2019, the Court denied Plaintiff's Motion to file First Amended Complaint as moot [ECF No. 54].

8. On April 13, 2019, Plaintiff filed a Notice Re-Urging her Motion for Leave to File First Amended Complaint [ECF No. 55].

9. On May 14, 2019, the Court granted Plaintiff's Notice Re-Urging her Motion for Leave to File First Amended Complaint [ECF No. 61].

10. On May 15, 2019, Plaintiff filed a First Amended Complaint [ECF No. 62].

11. On May 29, 2019, LVAC filed a Motion to Dismiss Plaintiff's First Amended Complaint, which seeks dismissal on the ground that the Telephone Consumer Protection Act ("TCPA") imposes an unconstitutional restriction on First Amendment speech [ECF No. 64].

12. On June 11, 2019, the Parties entered into a stipulation to extend Plaintiff's response deadline from June 12, 2019 to June 19, 2019, as Plaintiff's counsel requested additional time to respond to the Motion to Dismiss due to a conflict stemming from a Ninth Circuit Court of Appeals' hearing in Alaska [ECF No. 69].

13.     On June 11, 2019, the Court granted the Parties stipulation to extend Plaintiff's response deadline to June 19, 2019 [ECF No. 70].

14.     Plaintiff's Response is due June 19, 2019.

15.     On June 13, 2019, the Ninth Circuit Court of Appeals issued its decision in *Duguid v. Facebook, Inc.*, --- F.3d ----, 2019 WL 2454853 (9th Cir. June 13, 2019), in which the Ninth Circuit Court of Appeals found that a 2015 amendment to the TCPA was unconstitutional, but the provision was severable from the remainder of the TCPA. *See id.* at *5-8.

16.     Plaintiff believes that because the *Duguid* panel's decision found that the non-severed provisions of the TCPA were constitutional, and LVAC's conduct falls entirely within those statutory provisions whose constitutionality was upheld, that LVAC should withdraw its motion.

17.     On June 14, 2019, Plaintiff reached out to LVAC's counsel, requesting that LVAC withdraw its pending motion to dismiss in light of the conclusive and binding interpretation of the *Duguid* panel. LVAC is presently considering Plaintiff's request.

18.     Consequently, Plaintiff and LVAC have agreed to extend Plaintiff's response seven days in order to allow the parties to consider the impact of the *Duguid* case and determine whether the issue should be briefed, or whether LVAC will withdraw its pending motion. If agreed to, withdrawal of the motion will minimize the expense of litigation and prevent burdening the Court with consideration of the motion. As a result, both Plaintiff and LVAC hereby request this Court to further extend the date for Plaintiff to respond to LVAC's Motion to Dismiss Amended Complaint until **June 26, 2019**. This stipulation is made in good faith, is not interposed for delay,

//

//

and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated June 18, 2019.

| **KNEPPER & CLARK LLC** | **BALLARD SPAHR LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Stacy H. Rubin* |
| Matthew I. Knepper, Esq. | Joel E. Tasca, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 14124 |
| Miles N. Clark, Esq. | Lindsay C. Demaree, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 11949 |
| 5510 So. Fort Apache Rd, Suite 30 | Stacy H. Rubin, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 9298 |
| Email: matthew.knepper@knepperclark.com | 1980 Festival Plaza Drive, Suite 900 |
| Email: miles.clark@knepperclark.com | Las Vegas, NV 89135 |
| | Email: tasca@ballardspahr.com |
| **HAINES & KRIEGER LLC** | Email: demareel@ballardspahr.com |
| David H. Krieger, Esq. | Email: rubins@ballardspahr.com |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | *Counsel for Defendant* |
| Henderson, NV 89123 | *Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs* |
| Email: dkrieger@hainesandkrieger.com | |
| *Counsel for Plaintiff* | |

<u>**ORDER GRANTING**</u>
<u>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO**</u>
<u>**MOTION TO DISMISS**</u>

**IT IS SO ORDERED.**

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE
Dated: __6/19/2019_____

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS[SECOND REQUEST] - 4