David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*ANDREA THOMAS, indvidually and on behalf of all others similarly situated*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA THOMAS, indvidually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>Defendants. | Case No.:  2:17-cv-02001-MMD-CWH<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND <u>SMITH-PALLUCK ASSOCIATES CORP. D/B/A LAS VEGAS ATHLETIC CLUBS</u>** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between ANDREA THOMAS, indvidually and on behalf of all others similarly situated ("Plaintiff") and Defendant SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS ("LVAC") have been settled.  Plaintiff and LVAC anticipate filing a Stipulation for Dismissal of Plaintiff's claims against LVAC,

with prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff requests that all pending dates and filing requirements as to LVAC be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to LVAC.

Dated: June 25, 2019

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff*