Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar. No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA THOMAS,<br><br>   Plaintiff,<br><br>vs.<br><br>SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS<br><br>   Defendant. | Case No. 2:17-cv-02001-MMD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Andrea Thomas ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  The Parties have entered into a confidential settlement agreement with respect to this action.

///

///

///

2. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of Plaintiff's claims with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 3rd day of July, 2019.

| KNEPPER & CLARK LLC | BALLARD SPAHR LLP |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Joel E. Tasca* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148 | Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135 |
| HAINES & KRIEGER, LLC<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123 | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

## ORDER

Based upon the Parties' above-referenced stipulation, and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION **is DISMISSED with prejudice**, each party to bear its own attorney's fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

DMWEST #37038924 v1